IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ROBERT E. LEE** )<br>729 Namsan Daelim, Apt. 501 )<br>Itaewon 2 Dong, Yongsan GU )<br>Seoul 140-202 )<br>Republic of Korea )<br>)<br>　　　　　　　Plaintiff, )<br>)<br>v. )<br>)<br>**ROBERT M. GATES, Secretary,** )<br>Department of Defense )<br>(Defense Information Systems Agency) )<br>)<br>　　　　　　　Defendant. )<br>) | Civil Action No. 07-1088 (HHK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of John C. Truong, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                             Respectfully submitted,

                                             　/s/   John C. Truong
                                             JOHN C. TRUONG, D.C. BAR #465901
                                             Assistant United States Attorney
                                             555 Fourth Street, N.W.
                                             Washington, D.C.  20530
                                             (202) 307-0406

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by First-Class mail, postage prepaid to:

ROBERT E. LEE
729 Namsan Daelim, Apt. 501
Itaewon 2 Dong, Yongsan GU
Seoul 140-202
Republic of Korea

on this _____ day of July, 2007.

        /s/   John C. Truong
JOHN C. TRUONG
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406