UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COULUMBIA

ROBERT E. LEE,        )
   Plaintiff,        )
   v.                )        Civil Action No. <u>07-1088 (HHK)</u>
ROBERT M. GATES,      )
   Defendant.        )

### PROOF OF SERVICE OF SUMMONS

I caused agents of the Defendant, the U.S. Attorney General, and the U.S. Attorney for the District of Columbia to each be served a Summons with attached copy of the Complaint in this civil action. I request this Proof serve as fulfillment of my service obligation.

Each party received these items July 2, 2007 at the times indicated on the United States Postal Service Proof of Delivery Letter attached to each of three Return of Service Certificates attached to this Proof of Service of Summons.

Respectfully submitted,

Robert E. Lee

729 Namsan Daelim Apt 101-501,

Itaewon 2 Dong, Yongsan Gu, Seoul

140-202, Republic of Korea

**RECEIVED**

JUL 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 2, 2007 |
| NAME OF SERVER (PRINT) ROBERT E. LEE | TITLE PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SERVICE BY EXPRESS MAIL SERVICE (EMS) TO AGENT OF DEFENDANT AUTHORIZED TO RECEIPT FOR DEFENDANT. PROOF OF EMS AND PROOF OF DELIVERY LETTER ATTACHED

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES WON 16,500 = $17.81 | TOTAL $17.81 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 12, 2007
        Date

Signature of Server

729 NAMSAN DAELIM APT 101-501
ITAEWON 2 DONG, YONGSAN GU
SEOUL 140-202
REPUBLIC OF KOREA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.




**UNITED STATES POSTAL SERVICE.**

Date: 07/10/2007

Korea post:

The following is in response to your 07/10/2007 request for delivery information on your Express Mail item number EE12 7224 279K R. The delivery record shows that this item was delivered on 07/02/2007 at 06:48 AM in WASHINGTON, DC 20310 to A SCHEELE. The scanned image of the recipient information is provided below.

Signature of Recipient: *Annie Scheele / ANNIE Scheele*

Address of Recipient: *PENT MISC 20310*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  JULY 2, 2007 |
| NAME OF SERVER (PRINT)  ROBERT E. LEE | TITLE  PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SERVICE BY EXPRESS MAIL SERVICE (EMS) TO AGENT OF RECIPIENT. PROOF OF EMS AND PROOF OF DELIVERY LETTER ATTACHED.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  WON 16,500 = $17.81 | TOTAL  $17.81 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JULY 12, 2007      *[signature]* Robert E. Lee
            Date                  Signature of Server

729 NAMSAN DAELIM APT 101-501
ITAEWON 2 DONG, YONGSAN GU
SEOUL 140-202
REPUBLIC OF KOREA
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EE 127 224 265 KR

Item No. 우편물번호

**EMS** 국제특급우편

우체국(전화:1300) KOREA POST

Date posted 접수년월일: 2007 06 09
Time 시각: 1350

Tel. No. 02) 792-1954
Name(영문): Mr. ROBERT E. LEE
Address: 729 NAMSANDAELIM APT 101-501
ITAEWON 2 DONG, YONGSAN GU
SEOUL 140-203 KOREA

Tel. No. (202) 353-1555
Name(영문): ALBERTO R. GONZALES
Address: ATTORNEY GENERAL OF THE U.S.
DEPARTMENT OF JUSTICE
950 Pennsylvania Ave, NW
Washington, DC 20530
Country: USA

세관표지 CN22
Contents 내용 품명: SUMMONS
Number 개수:
Value 가격(US$):
☑ Document 서류
☐ Printed papers 인쇄물
Signature 발송인 서명: Robert E. Lee

Weight 중량: 120 g
Postage 우편요금: 16,500 원
보험가액: 원
Country code 도착국가약호: US
Special services 특수취급: ☑ A.R. 배달통지 ☐ 보험
Signature 담당자서명:
☑ 현금수납 ☐ 요금후납 ☐ 익일발송승인

Stamp 일부인

발송인보관용

■ (인터넷 행방조회:http://www.koreapost.go.kr)


**UNITED STATES POSTAL SERVICE**

Date: 07/10/2007

Korea post:

The following is in response to your 07/10/2007 request for delivery information on your Express Mail item number EE12 7224 265K R. The delivery record shows that this item was delivered on 07/02/2007 at 04:57 AM in WASHINGTON, DC 20530 to A JENNNGS. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  JULY 2, 2007 |
| NAME OF SERVER (PRINT)  ROBERT E. LEE | TITLE  PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SERVICE BY EXPRESS MAIL SERVICE (EMS) TO AGENT OF ADDRESSEE. PROOF OF EMS AND PROOF OF DELIVERY LETTER ATTACHED.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  WON 16,500 = $17.81 | TOTAL  $17.81 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JULY 12, 2007        *Signature of Server*
                Date

729 NAMSAN DAELIM APT 101-501
ITAEWON 2 DONG, YONGSAN GU
SEOUL 140-202
REPUBLIC OF KOREA

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EE 127 224 251 KR

*EE127 224 251KR*

Tel. No. 02) 792-1954
Name(영문) ROBERT E. LEE
Address 729 NAMSAN DAELIM APT 101-501
ITAEWON 2 DONG, YUNGSAN GU

SEOUL 대구-202 KOREA

Contents 내용 품명: SUMMONS
☑ Document 서류
☐ Printed papers 인쇄물

(인터넷 행방조회: http://www.koreapost.go.kr)

EMS 국제특급우편
우체국 (전화:1300) KOREA POST

Date posted 접수년월일: 2007 06 29
Time 시각: 13:50

Tel. No. (202) 514-7566
Name(영문) JEFFREY A. TAYLOR
Address U.S. Attorney for D.C.
501 3rd Street, NW
Washington, DC 20001
Country USA

Weight 중량: 20 g
Postage 우편요금: 16,500 원
보험가액: 원
Country code 도착국가약호: US
Special services 특수취급:
☑ A.R.배달통지  ☐ 보험
☐ 현금수납  ☐ 요금후납  ☐ 익일발송승인

SEOUL ITAEWON 29.6.2007 KOREA

발송인보관용



**UNITED STATES POSTAL SERVICE**

Date: 07/03/2007

Korea post:

The following is in response to your 07/02/2007 request for delivery information on your Express Mail item number EE12 7224 251K R. The delivery record shows that this item was delivered on 07/02/2007 at 11:42 AM in WASHINGTON, DC 20001 to L MYERS. The scanned image of the recipient information is provided below.

Signature of Recipient: *Luke Myers* / Luke Myers

Address of Recipient: 501 3rd St NW 4th

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service