UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT E. LEE,<br><br>              **Plaintiff,**<br><br>     v.<br><br>ROBERT M. GATES, Secretary<br>Department of Defense,<br><br>              **Defendant.** | Civil Action 07-01088 (HHK) |

**ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS**

      Defendant filed a motion on August 31, 2007, to dismiss or, in the alternative, to transfer plaintiff's complaint [#4]. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. Plaintiff is also referred to LCvR 7(b) which provides that a party has eleven days within which to respond to a motion. Otherwise, under certain circumstances, the court may treat the motion as conceded.

      Accordingly, it is this 4th day of September, 2007, hereby

      **ORDERED** that plaintiff shall file an opposition to defendant's motion on or before October 5, 2007. If plaintiff fails to do so, the court may enter judgment in favor of defendant.

                                                                    Henry H. Kennedy, Jr.
                                                                  United States District Judge