**RECEIVED**
**SEP 1 3 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COULUMBIA**

| | |
|---|---|
| ROBERT E. LEE, ) | |
|          Plaintiff, ) | |
|     v. ) | Civil Action No. 1:07-cv-01088(HHK) |
| ) | |
| ) | Next Court Date: N/A |
| ROBERT M. GATES, SECRETARY, ) | |
| DEPARTMENT OF DEFENSE, ) | |
| DEFENSE INFORMATION SYSTEMS ) | |
| Agency, ) | |
|          Defendant. ) | |

### PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT

Having waited 60 calendar days after delivery plus 10 to 14 calendar days for international mailing transit time and pursuant to Fed. R. Civ. P. 55, Plaintiff, Robert E. Lee, hereby moves the Court to enter default judgment against the Defendant upon Defendant's failure to plead or otherwise defend the allegations in the Complaint served upon the Defendant.

Dated:   September 10, 2007

Respectfully Submitted,

*/s/ Robert E. Lee*

Robert E. Lee
729 Namsan Daelim Apt 101-501,
Itaewon 2 Dong, Yongsan Gu,
Seoul 140-202, Republic of Korea
Telephone: 011-82-2-792-1954
Email: leeroberte@yahoo.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Plaintiff's Motion for Judgment By Default by first class Republic of Korea mail on September 11, 2007, to Defendant's Attorney of Record:

>John C. Truong
>Assistant United States Attorney
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>
>
>Robert E. Lee
>729 Namsan Daelim Apt. 101-501
>Itaewon 2 Dong, Yongsan Gu
>Seoul 140-202
>Republic of Korea
>011-82-2-792-1954
>Email: leeroberte@yahoo.com

2