UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT E. LEE,<br><br>                Plaintiff,<br><br>     v.<br><br>ROBERT M. GATES, Secretary<br>Department of Defense,<br><br>                Defendant. | Civil Action 07-01088 (HHK) |

**ORDER**

Before the court is the motion of defendant to dismiss for improper venue or, in the alternative, to transfer [#4]. Upon consideration of the motion, plaintiff's response thereto, and the record of this case, the court concludes that this action should be transferred to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1406(a). This action will be transferred to the Eastern District of Virginia because the significant events underlying plaintiff's complaint took place there, and because the records pertinent to his complaint are located there.

Accordingly, it is this 17th day of December, 2007, hereby

**ORDERED** that this action be transferred to the United States District Court for the Eastern District of Virginia.

                                                                Henry H. Kennedy, Jr.
                                                              United States District Judge